# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **MARCUS HAMILTON, WINTHROP EATON, MICHAEL PERRY**, on their behalf, and on behalf of a class of similarly situated prisoners,<br><br>*Plaintiffs*,<br><br>-against-<br><br>**DARREL VANNOY**, Warden of Angola; **BURL CAIN**, former Warden of Angola; **JAMES CRUZE**, Warden of Death Row; **LESLIE DUPONT**, Deputy Warden of Security; and **JAMES LEBLANC**, Secretary of the Louisiana Department of Public Safety Corrections,<br><br>*Defendants*. | CIVIL ACTION<br><br>No.: 3:17-cv-00194-SDD-RLB<br><br>JUDGE: SHELLY D. DICK<br><br>MAGISTRATE JUDGE: RICHARD L. BOURGEOIS |

### JOINT MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT, CLASS CERTIFICATION FOR SETTLEMENT PURPOSES, APPROVAL OF CLASS NOTICE AND NOTICE PROCEDURES, AND SCHEDULING OF A FAIRNESS HEARING

**PLEASE TAKE NOTICE** that upon the accompanying documents and at a date and time to be determined by the Court, Plaintiffs and Defendants in the above-captioned matter jointly move the Court to (1) grant preliminary approval of the class action settlement in this matter; (2) certify a class pursuant to Rule 23(b)(2) of the Federal Rules of Civil Procedure for the purposes of settlement only; (3) approve the proposed Notice to the Class and Notice Procedures and permit the Parties to begin implementing these procedures; and (4) schedule a final hearing on the fairness, adequacy, and reasonableness of the proposed Settlement Agreement and class certification for a date at least six weeks after preliminary approval of the settlement, class notice and notice procedures.

The parties aver that the proposed class meets the requirements of Fed. R. Civ. P. 23(b)(2) and that the proposed settlement is "fair, reasonable, and adequate" as required by Fed. R. Civ. P.

23(e)(2). Further, and in keeping with the Fifth Circuit's interpretation of Rule 23(e)(2), the parties contend that the settlement was reached without any fraud or collusion and in consideration of the complexity and likely duration of the litigation, the amount of discovery completed, the probability of success on the merits, the range of possible recovery and the opinions of class counsel, class members and the named plaintiffs. *See Reed. v. Gen. Motors Corp*., 703 F.2d 170, 172 (5th Cir. 1983).

The following documents are submitted in support of this Motion:

- Plaintiffs' Memorandum of Law in Support of Joint Motion
- Declaration of Betsy Ginsberg and exhibits attached thereto
- Declaration of Pieter Van Tol
- Declaration of Nicholas Trenticosta
- Declaration of Marcus Hamilton
- Declaration of Earl Winthrop Eaton
- Declaration of Keith Nordyke guardian ad litem for Michael Owen Perry
- Proposed Notice
- Proposed Notice Procedures
- Proposed Order

Dated: July 16, 2021

By:	s/ Betsy Ginsberg

Betsy R. Ginsberg, Esq. (*pro hac vice*)
CARDOZO CIVIL RIGHTS CLINIC
Benjamin N. Cardozo School of Law
55 5th Avenue, 11th Floor
New York, NY 10003
(212) 790-0871
betsy.ginsberg@yu.edu

Pieter Van Tol, Esq. (*pro hac vice*)

Garima Malhotra, Esq. (*pro hac vice*)
HOGAN LOVELLS US LLP
875 Third Avenue
New York, NY 10022
(212) 981-3000
(212) 981-3100 fax
pieter.vantol@hoganlovells.com
nicole.schiavo@hoganlovells.com
robin.muir@hoganlovells.com
garima.malhotra@hoganlovells.com


Nicholas Trenticosta, Esq.
LSBA 18475
7100 Saint Charles Avenue
New Orleans, LA 70118
(504) 864-0700
(504) 864-0780
nicktr@bellsouth.net

*Counsel for Plaintiffs*


s/ Andrew Blanchfield
Andrew Blanchfield, T.A. (#16812)
701 Main Street (70802)
Post Office Box 1151
Baton Rouge, Louisiana 70821
(225) 383-3796
(225) 343-9612
ablanchfield@keoghcox.com

*Counsel for Defendants*

## CERTIFICATION OF FILING AND SERVICE

I certify that on July 16, 2021, a copy of the above *Joint Motion for Preliminary Approval of Class Action Settlement, Class Certification for Settlement Purposes, Approval of Class Notice and Notice Procedures, and Scheduling of a Fairness Hearing* was filed electronically with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the court's electronic filing system.

 s/ Betsy Ginsberg
