UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **MARCUS HAMILTON, WINTHROP EATON, MICHAEL PERRY,** on their behalf, and on behalf of a class of similarly situated prisoners,<br><br>*Plaintiffs,*<br><br>-against-<br><br>**DARREL VANNOY,** Warden of Angola; **BURL CAIN,** former Warden of Angola; **JAMES CRUZE,** Warden of Death Row; **LESLIE DUPONT,** Deputy Warden of Security; and **JAMES LEBLANC,** Secretary of the Louisiana Department of Public Safety Corrections,<br><br>*Defendants.* | CIVIL ACTION<br><br>No.: 3:17-cv-00194-SDD-RLB<br><br>JUDGE: SHELLY D. DICK<br><br>MAGISTRATE JUDGE:<br>RICHARD L. BOURGEOIS |

## ORDER

Upon consideration of the Parties' Joint Motion for Preliminary Approval of Class Action Settlement, Class Certification for Settlement Purposes, Approval of Class Notice and Notice Procedures, and Scheduling of a Fairness Hearing (the "Motion") (Dkt. No. 100), it is hereby:

1. **Ordered** that the Motion is granted;
2. **Ordered** that the Class is certified;
3. **Ordered** that Class Notice and Notice Procedures are approved; and
4. **Ordered** that a Fairness Hearing is scheduled for 9/10/2021 at 10:30 a.m. in Courtroom 3.

Signed in Baton Rouge, Louisiana the 28th day of July, 2021.

*Shelly D. Dick*

**CHIEF JUDGE SHELLY D. DICK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA**

# IMPORTANT NOTICE TO ALL DEATH ROW PRISONERS ABOUT PROPOSED SETTLEMENT OF CLASS ACTION LAWSUIT AFFECTING THE LIVING CONDITIONS ON DEATH ROW

*Hamilton v. Vannoy,* **Docket Number 3:17-cv-00194**

A proposed settlement has been reached in a federal civil rights class action lawsuit filed against Angola Prison ("Angola") and other Louisiana state officials. This lawsuit, called *Hamilton v. Vannoy*, was filed in 2017 and claimed that when Angola prison officials locked people on Death Row in their cells for 23-hours per day, they violated the United States Constitution.

## Why am I receiving this letter?

You are receiving this letter because an agreement has been reached in the lawsuit about the conditions of confinement on Death Row. This settlement will affect every person who is now, or will be in the future, on Death Row in Louisiana. This notice explains the lawsuit, the proposed settlement, and how you can tell the Judge whether you think the settlement is fair. We have also given you a complete copy of the proposed Settlement Agreement so that you can read the Agreement in its entirety.

## Who is affected by this settlement?

Everyone on Death Row, now and in the future, is affected by this settlement. Three individuals on Death Row filed this lawsuit on March 29, 2017, on behalf of themselves and everyone else on Death Row to change the living conditions on the unit. The three individuals who started the lawsuit are the "Named Plaintiffs." Everyone who is housed on Death Row is part of the lawsuit's "Class."

## What is the goal of this lawsuit?

The goal of the lawsuit is to improve the living conditions on Death Row for everyone housed on Death Row now and in the future. The lawsuit challenged the automatic placement of people sentenced to death into mandatory solitary confinement for twenty-three hours a day. Among other changes, the Agreement makes the increased out-of-cell time such as Tier Time and Yard Time, which began in Summer 2017, permanent.

## What is in the Agreement?

Below you will find a summary of the terms in the Agreement. The full Agreement is provided to you to read if you would like to learn more about its details. The proposed settlement requires Angola, on a permanent and on-going basis, to continue to do the following:

   a.   Allow everyone on Death Row out of their cells and onto the tiers together for two hours every morning and two hours every afternoon;

b. Allow everyone on Death Row have evening out-of-cell time after the evening shift change.
c. Allow everyone on Death Row who live on the same tier to go out to the yard together for five hours every week, over the course of three separate days, in the Death Row Yard;
d. Provide the yard with a basketball court with a hoop on each end, a basketball, weight benches, and a grassy area for activities;
f. Allow everyone on Death Row to go to religious services at least once per week. There will continue to be Catholic and Christian services on Sunday, and Muslim services on Friday at noon, for approximately one hour;
g. Provide classes and courses for people on Death Row, including GED classes, Thinking for a Change and One Hundred Hours, and provide the opportunity to take new courses as people on Death Row complete the current course offerings;
h. Allow everyone on Death Row to have at least five contact visits per year;
i. Allow everyone on Death Row to have unlimited non-contact visits per year;
j. Allow everyone on Death Row who live on the same tier to eat lunch together seven days per week;
k. Continue to hold weekly meetings with Tier Representatives.

The settlement also requires Angola to do the following while this Agreement is in effect:

a. Give information to lawyers handling the class action about whether Angola is doing what is required by the Settlement Agreement;
b. Allow the lawyers representing the class to ask a judge to enforce the settlement if Angola does not do what is required by the Settlement Agreement;
c. Allow the lawyers representing the class to inspect Death Row and interview the individuals who are housed there once per year to make sure that Angola is doing what is required by the Settlement Agreement.

## Am I Getting Money for this Class Action?

No. The Agreement does not include the payment of any money to any member of the Class and no money is being paid by Angola.

## Questions

Plaintiffs' Counsel will be available to speak by phone with any Class Members who have questions. We will have specific days and times to speak with each tier. A phone number for Class Counsel along with a schedule of preferred times for calls will be posted by the phones shortly after this Notice has been provided.

## Objections

You can write to the Judge about the settlement's fairness if you object to the Settlement. The instructions for filing objections to this settlement must:

a. Clearly identify the case name ("*Hamilton v. Vannoy*") and number ("3:17-cv-00194")

   b. State your full name, current address, and telephone number;
   c. State the basis for your objection, including the factual and legal grounds for the objection; and
   d. Include your signature.

The Judge can only approve or deny the settlement as a whole. She cannot change its individual terms. Objection letters to the Judge must be sent to her by __8/27/2021__, **2021** and mailed to the following address:

   Clerk of Court
   US District Court
   Middle District of Louisiana
   777 Florida Street
   Suite 139
   Baton Rouge, LA 70801
   Attention: *Hamilton v. Vannoy* Objection

For your convenience, we have included a pre-addressed stamped envelope that you can use to mail your objections to the court, should you choose to do so.

## **Fairness Hearing**

After objections are submitted, the Judge will hold a hearing to decide whether the settlement is fair, reasonable, and adequate. The fairness hearing will take place on September 10 **2021 at** 10:30 **a.m.** The hearing will be held at:

   Court Room No. 3
   Russell B. Long Federal Building and United States Courthouse
   777 Florida Street
   Baton Rouge, LA 70801