# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **MARCUS HAMILTON, WINTHROP EATON, MICHAEL PERRY**, on their behalf, and on behalf of a class of similarly situated prisoners,<br><br>*Plaintiffs*,<br><br>-against-<br><br>**DARREL VANNOY**, Warden of Angola; **BURL CAIN**, former Warden of Angola; **JAMES CRUZE**, Warden of Death Row; **LESLIE DUPONT**, Deputy Warden of Security; and **JAMES LEBLANC**, Secretary of the Louisiana Department of Public Safety Corrections,<br><br>*Defendants*. | CIVIL ACTION<br><br>No.: 3:17-cv-00194-SDD-RLB<br><br>JUDGE: SHELLY D. DICK<br><br>MAGISTRATE JUDGE: RICHARD L. BOURGEOIS |

## ORDER

Before this Court is the Parties' request to approve a settlement proposal that would bind class members and resolve the issues set forth in the Complaint. (ECF No.1). The Plaintiffs instituted this action on March 29, 2017, challenging the policy of the Louisiana State Penitentiary at Angola of automatically placing all Death Row prisoners in solitary confinement. Plaintiffs alleged that these actions deprived the class of basic human needs in violation of the Eighth and Fourteenth Amendments of the U.S. Constitution.

Having considered the pleadings, submissions, and arguments from counsel and having held a fairness hearing pursuant to Fed. R. Civ. P. 23(e)(2) on September 23, 2021, the Court finds that the Settlement Agreement (ECF No. 100-10) is fair, reasonable, and adequate under Fed. R. Civ. P. 23(e)(2) and the factors laid out by the Fifth Circuit in *Reed v. General Motors Corp.*, 703 F.2d 170, 173 (5th Cir. 1983), and therefore is APPROVED.

1. This Court orders that the hereinafter captioned action is dismissed and discontinued with prejudice pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, without costs, interest or attorneys' fees pursuant to III § C–D of the Settlement Agreement.

2. In accordance with the Settlement Agreement section III(G), this Court finds that the agreement is narrowly drawn, extends no further than is necessary to correct the alleged violations of federal rights and is the least intrusive means necessary to correct the alleged violations of federal rights and accordingly complies in all respects with 18 U.S.C.

      3626(a)(1)(A).

3.     In accordance with the Settlement Agreement section III(E), this Court shall retain jurisdiction over this case to enforce this Agreement.

The Settlement Agreement, which has been proposed and attached hereto, are hereby APPROVED AND ENTERED by the Court.

    Signed in Baton Rouge, Louisiana the 28th day of September, 2021.

_____
**CHIEF JUDGE SHELLY D. DICK**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**